THE CITY OF NEW YORK, Appellant, *v.* NEW YORK CITY RAILWAY COMPANY, Respondent.   (Actions Nos. 1, 2.)

*City of New York* v. *New York City Ry. Co. (No. 1)*, 138 App. Div. 131, affirmed.

*City of New York* v. *New York City Ry. Co. (No. 2)*, 138 App. Div. 138, affirmed.

(Argued October 26, 1911; decided November 21, 1911.)

APPEAL in each of the above-entitled actions, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 24, 1910, upon an order which reversed a determination of the Appellate Term affirming a judgment of the Muncipal Court of the city of New York in favor of plaintiff, and dismissed the complaint in an action to recover penalties for the operation of surface cars without the display in such cars of certificates of payment of license fees, as required by a city ordinance.

*Archibald R. Watson,* Corporation Counsel (*Terence Farley* and *Frank B. Pierce* of counsel), for appellant.

*George Rublee, Joseph P. Cotton, Jr., George S. Franklin* and *James L. Quackenbush* for respondent.

Judgment in each action affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, WERNER and COLLIN, JJ.  VANN and CHASE, JJ., concur on the ground that the ordinance is unreasonable.   Not sitting: GRAY, J.